IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Jiggetts, Sharon | Case Number:  05 B 34847 |
| | Judge:  Hollis, Pamela S |
| Printed: 12/23/08 | Filed:  8/31/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: November 20, 2008
Confirmed: November 7, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 18,782.14 | |
| Secured: | | 7,612.27 |
| Unsecured: | | 7,134.99 |
| Priority: | | 42.00 |
| Administrative: | | 2,700.00 |
| Trustee Fee: | | 1,010.74 |
| Other Funds: | | 282.14 |
| Totals: | 18,782.14 | 18,782.14 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Monterey Financial Services | Secured | 1,410.23 | 1,410.23 |
| 3. | Nuvell Credit Company LLC | Secured | 6,202.04 | 6,202.04 |
| 4. | Illinois Dept of Revenue | Priority | 42.00 | 42.00 |
| 5. | Resurgent Capital Services | Unsecured | 19.58 | 41.13 |
| 6. | Nuvell Credit Company LLC | Unsecured | 1,088.11 | 2,285.65 |
| 7. | Nicor Gas | Unsecured | 145.02 | 304.63 |
| 8. | RoundUp Funding LLC | Unsecured | 654.85 | 1,375.70 |
| 9. | United States Dept Of Education | Unsecured | 1,050.08 | 2,206.06 |
| 10. | Monterey Financial Services | Unsecured | 277.62 | 583.24 |
| 11. | Check N Go | Unsecured | 153.67 | 322.82 |
| 12. | Illinois Dept of Revenue | Unsecured | 7.50 | 15.76 |
| 13. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 14. | HSBC Bank USA | Unsecured | | No Claim Filed |
| 15. | America's Financial Choice Inc | Unsecured | | No Claim Filed |
| 16. | Direct Tv | Unsecured | | No Claim Filed |
| 17. | Rush Presbyterian St Luke's Hospital | Unsecured | | No Claim Filed |
| 18. | Midwestern Telecommunications | Unsecured | | No Claim Filed |
| 19. | SBC | Unsecured | | No Claim Filed |
| 20. | Spiegel | Unsecured | | No Claim Filed |
| 21. | KCA Financial Services | Unsecured | | No Claim Filed |
| 22. | St Margaret Mercy Hospital | Unsecured | | No Claim Filed |
| | | | $ 13,750.70 | $ 17,489.26 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Jiggetts, Sharon

Printed: 12/23/08

Case Number: 05 B 34847
Judge: Hollis, Pamela S
Filed: 8/31/05

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 284.26 |
| 5% | 69.22 |
| 4.8% | 143.98 |
| 5.4% | 335.16 |
| 6.5% | 178.12 |
| | $ 1,010.74 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

